UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES for use and benefit of
ARCOM SYSTEMS, INC.                                                                                          PLAINTIFF

v.                                                 No. 5:19-CV-05002

AEGIS SECURITY INSURANCE COMPANY and
BES DESIGN/BUILD, LLC                                                                                     DEFENDANTS

## JUDGMENT

Pursuant to the opinion and order entered in this case on this date, IT IS HEREBY ADJUDGED that on its Miller Act claim, Plaintiff have and recover from Defendants, jointly and severally:

- Total compensatory damages in the amount of $38,673.72;

- Prejudgment interest in the amount of $1,508.29; and

- Attorney's fees and costs in the amount of $1,200.

Interest on this judgment will accrue at the rate of 2.41% per annum from the date of entry of this judgment until paid.

IT IS SO ADJUDGED this 8th day of April, 2019.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE